UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
**CENTRAL DIVISION at LEXINGTON**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
|     Plaintiff/Respondent, | ) | Case No. |
| | ) | 5:12-cr-058 |
| v. | ) | |
| | ) | **ORDER** |
| FRANCISCO LEON, | ) | |
| | ) | |
|     Defendant/Petitioner. | ) | |
| | ) | |

\* \* \* \* \* \*

Consistent with the Court's Order entered this date, **IT IS HEREBY ORDERED, ADJUDGED, AND DECLARED** as follows:

(1) Petitioner's Motion to Vacate, Amend, or Correct Sentence pursuant to 28 U.S.C. § 2255 [DE 72] is hereby **DENIED and no certificate of appealability shall issue.**

(2) Judgment is hereby **ENTERED** in favor of the United States.

(3) This Order is **FINAL AND APPEALABLE** and **THERE IS NO JUST CAUSE FOR DELAY.**

(4) The Clerk of Court shall **STRIKE** this matter from the Court's active docket.

This the 26th day of April, 2018.



Signed By:

*Joseph M. Hood*

Senior U.S. District Judge